# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH WILLIAMS, ) | NO. CV 08-04921 AHS (SS) |
| ) Petitioner, ) | **ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS** |
| v. ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| R. HOREL, Warden, ) | |
| ) Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

\\

1       Accordingly, IT IS ORDERED THAT:

3       1.  The Petition is DENIED and Judgment shall be entered dismissing
4  this action without prejudice to Petitioner filing a new action if and
5  when he obtains permission from the Ninth Circuit Court of Appeals.

7       2.  The Clerk shall serve copies of this Order and the Judgment
8  herein by United States mail on Petitioner.

10 Dated:  October 14, 2008

*ALICEMARIE H. STOTLER*
_____
ALICEMARIE H. STOTLER
CHIEF UNITED STATES DISTRICT JUDGE

2