1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JEREMIAH WILLIAMS,              )     NO. CV 08-04921 AHS (SS)
                                     )
12                    Petitioner,    )
                                     )
13          v.                       )           **JUDGMENT**
                                     )
14   R. HOREL, Warden,               )
                                     )
15                    Respondent.    )
     _____)

16

17       Pursuant to the Court's Order Adopting Findings, Conclusions and

18   Recommendations of United States Magistrate Judge,

19

20       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

21   without prejudice to filing a new action if and when Petitioner obtains

22   permission from the Ninth Circuit Court of Appeals.

23       DATED:  October 14, 2008

24                                    ALICEMARIE H. STOTLER

25                                    _____
                                      ALICEMARIE H. STOTLER
26                                    CHIEF UNITED STATES DISTRICT JUDGE

27

28